# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>v.<br><br>**DERRICK THOMAS MARTIN**,<br><br>Defendant. | Case No. 1:24-cr-00556 (TNM) |

# ORDER

On May 5, 2025, the Court held a pretrial conference to resolve a number of outstanding motions in limine. On consideration of the parties' briefs, the oral arguments, and the relevant law, and for the reasons stated on the record at the pretrial conference, it is hereby

**ORDERED** that the Defendant's [10] Motion to Suppress Physical Evidence is **DENIED**.

**ORDERED** that the Government's [28] Notice of Intent to Offer Evidence Under Rules 404(b) and 609 is **GRANTED IN PART and DENIED IN PART**. The uncharged gun that officers recovered during a protective sweep of the apartment and two of the previous drug deliveries are not admitted for the reasons discussed on the record.

**ORDERED** that the Defendant's [31] Motion to Suppress Identification by a Rule 404(b) Witness is **DENIED AS MOOT** based on the evidence excluded from the Government's [28] Rule 404(b) Notice.

**ORDERED** that the Defendant's [25] Motion to Exclude In-Court Identification Under the Fifth and Sixth Amendments is **DENIED**.

**ORDERED** that the Defendant's [26] Motion to Suppress Cell Phone Search Information is **DENIED**.

**ORDERED** that the Defendant's [32] Motion to Exclude Drug Trafficking Expert Testimony is **DENIED**.

**SO ORDERED**.

Dated: May 5, 2025

TREVOR N. McFADDEN, U.S.D.J.