## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 1:24-cr-556 |
| v. | JUDGE: TREVOR N. MCFADDEN |
| DERRICK THOMAS MARTIN | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

Derrick Martin, through counsel, respectfully moves this Court, pursuant to the Fifth and Sixth Amendments to the United States Constitution, to continue the trial in this matter, which is currently scheduled to start on May 27, 2025. Mr. Martin agrees as part of the continuance to toll speedy trial. The government does not oppose this motion. In support of this Motion, Mr. Martin, through counsel, submits the following on information and belief:

Mr. Martin is facing a mandatory minimum sentence of 15 years in prison if convicted at trial of the charged offenses. At the outset of the motions hearing on May 5, 2025, the Court invited the defense to move to continue the trial if the defendant and defense counsel believed that more time was needed to investigate the alleged 404(b) evidence and the alleged intrinsic evidence that the Court ordered may be admitted at trial, including the evidence recovered inside the apartment. Counsel and Mr. Martin have conferred, and each believes that more time is needed to investigate the government's evidence in this matter. Counsel does not believe that he can complete investigation and be fully prepared for trial on May 27, 2025.

Counsel makes this representation begrudgingly as counsel, like the Court, strives to be efficient and resolve matters expeditiously. Counsel recognizes that Mr. Martin has been detained since November 25, 2024 and that counsel is Mr. Martin's third court-appointed attorney. Unfortunately, after agreeing to take the case in mid-February 2025 and after learning of counsel's

appointment on February 25, 2025, counsel's father passed away on February 26, 2025. This unanticipated circumstance has interfered with counsel's ability to investigate and prepare Mr. Martin's case as fully as counsel believes can be done – and should be done to provide ethical and effective representation to Mr. Martin. Mr. Martin affirmatively wishes counsel to have more time to prepared for trial. Nor does counsel anticipate being able to do so in the next nineteen days.

The defense therefore moves to continue the trial. The government does not oppose this motion to continue.

The defense proposes that the Court set a status hearing on May 27, 2025 at which time the parties and the Court can discuss a new trial date. If the Court wishes the parties to appear prior to May 27, 2025 for a status hearing, recognizing that the Court may be in a lengthy trial, the defense is available on the following days: May 12, May 13 (after 3:00 p.m.), May 19 (afternoon), May 20 (afternoon), May 21, May 22 (afternoon), and May 23 (afternoon).

WHEREFORE, for the reasons set forth above, Mr. Martin respectfully requests that Court continue the trial in this matter and convert the May 27, 2025 trial date to a status date.

Respectfully submitted,

/s Edward J. Ungvarsky
Edward J. Ungvarsky, Bar No. 459034
Ungvarsky Law, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
DC: 202 546 1500
VA: 571 207 9710
Cell: 202 409 2084
Email: ed@ungvarskylaw.com
Counsel for Derrick Martin

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Continue was served on the government, via electronic filing, on this 8th day of May, 2025.

2

/s/ Edward J. Ungvarsky
Edward J. Ungvarsky
