## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 1:24-cr-556 |
| v. | JUDGE: TREVOR N. MCFADDEN |
| DERRICK THOMAS MARTIN | |

### DEFENDANT'S MOTION FOR COURT RECOMMENDATION OF TRANSFER FROM DC JAIL TO CTF

Derrick Martin, through counsel, respectfully moves this Court, pursuant to the Fifth and Sixth Amendments to the United States Constitution, to recommend in writing that Mr. Martin is transferred from the DC Jail to the Central Treatment Facility (CTF) because of safety concerns for him at the jail. Among other things, a fellow inmate on his pod died earlier this year. Additionally, Mr. Martin has specific security concerns, including a written threat.

The defense is aware that the Court can only recommend and not order transfer to CTF, and that the Court previously stated in open court that the DC Department of Corrections makes the decision as to which facility in which to house a defendant pretrial.

The defense advised the government of the filing of this Motion.

WHEREFORE, for the reasons set forth above, Mr. Martin respectfully requests that Court recommend that the DC Department of Corrections transfer the defendant from the DC Jail to CTF.

Respectfully submitted,

/s Edward J. Ungvarsky
Edward J. Ungvarsky, Bar No. 459034
Ungvarsky Law, PLLC
421 King Street, Suite 505
Alexandria, VA 22314

DC: 202 546 1500
VA: 571 207 9710
Cell: 202 409 2084
Email: ed@ungvarskylaw.com
Counsel for Derrick Martin

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing <u>Motion for Transfer</u> was served on the government, via electronic filing, on this 4th day of June, 2025.

/s/ Edward J. Ungvarsky
Edward J. Ungvarsky