**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**

**INFORMATION**

**DCTN:** U23011469
**Lockup No.:** 36
**Case No.:**
**Citation Date:**

**The United States Attorney for the District of Columbia informs the Court that within the District of Columbia:**

**Defendant's Name:** Larry Garrett 761888 23073981 10/23/1981
(First) (MI) (Last) (PDID) (CCNO) (DOB)

**Also Known As:**
(First) (Middle) (Last)

**Address:**

1 On or about February 21, 2023, within the District of Columbia, Larry Garrett unlawfully electronically recorded, without the express and informed consent of the individual being recorded, that is, E.G., while E. was partially undressed. **(Voyeurism) in violation of 22 D.C. Code, Section 3531 (c)(1)(B)(2001 ed.))**

**Co-Defendants:**

**Rule 105:** ☐ **Judge:**

**United States Attorney for the District of Columbia**

| | |
|---|---|
| **By: Assistant United States Attorney** | **Date: May 19, 2023** |
| **By Officer:** | **Badge No.:** |
| | **PSA: 607 Domestic:** ☐ |