# *Superior Court of the District of Columbia*

## CRIMINAL DIVISION

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

| USW NO.: |
|---|
| |

| DEFENDANT'S NAME: | DOB: | PDID: | FBI NUMBER: | CCN: |
|---|---|---|---|---|
| Garrett, Larry | 10/23/1981 | | | 23-073-981 |

| NICKNAME: | ALIASES: |
|---|---|
| | |

| SEX: | RACE: | HEIGHT: | WEIGHT: | EYES: | HAIR: | COMPL: | SCARS, MARKS, TATTOOS: |
|---|---|---|---|---|---|---|---|
| M | W | 6'3" | 180 | Hazel | Brown | Light | |

| DEFENDANT'S HOME AND/OR BUSINESS ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 2850 New York Avenue, Northeast | 202-748-2046 |

COMPLAINANT'S NAME:
E.G.

LOCATION OF OFFENSE(S):
2300 Good Hope Road Southeast, Apartment 1112

| DATE(S) OF OFFENSE(S): | TIME(S) OF OFFENSE(S): |
|---|---|
| February 21, 2023 | 1222 hours |

**CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator:**

| | | | | |
|---|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 15 = Explosive Expertise | __ 30 = Sexually Violent Predator | __ 60 = Allergies | __ 80 = Medication Required |
| __ 05 = Violent Tendencies | __ 20 = Known to Abuse Drugs | __ 50 = Heart Condition | __ 65 = Epilepsy | __ 85 = Hemophiliac |
| __ 10 = Martial Arts Expert | __ 25 = Escape Risk | __ 55 = Alcoholic | __ 70 = Suicidal | __ 90 = Diabetic |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On February 21, 2023, at approximately 1050 hours, members of the Metropolitan Police Department (MPD) Criminal Apprehension Unit (CAU) responded to 2300 Good Hope Road, Southeast, Apartment 1112, Washington, DC, to serve an arrest warrant. Officer Larry Garrett of the CAU, hereafter referred to as the defendant, was on the scene. MPD Officers knocked on the apartment door, announced themselves as police, stated they had a warrant, and for the occupants to open the door. After approximately one minute of the members knocking on the door and commanding the occupants to open the door, the victim opened the door. The victim was dressed in a pair of leggings and a bra. MPD members asked for the target of the warrant, who was inside the apartment, before securing him in handcuffs. Another individual was inside the apartment with the victim. An MPD officer ordered the victim to get off her phone and get dressed. Other MPD officers made contact with another occupant of the house.

The defendant stood inside the apartment at the entrance while other MPD members were interacting with the victim, other occupant and target of the warrant. The defendant requested the victim to sit down. The victim inquired about putting on her clothes. The defendant requested the victim to sit down until the officers were done. The defendant told the victim she could place a cover on herself if she wanted too. The victim sat down on a sofa bed before another MPD member placed a metal folding chair across the room for the victim to sit on. The victim went across the room and sat on the chair, wearing only her bra and leggings.

After a couple minutes, a female MPD officer asked the victim if she wanted a blanket, or wanted to cover up. The victim appeared not to respond to that officer. Another female officer standing next the victim asked if she wanted to cover up. The victim replied, "No. I don't. They already asked me that." The victim sat in the chair, and crossed her arms, covering her stomach.