# *Superior Court of the District of Columbia*
## CRIMINAL DIVISION

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

| USW NO.: |
|---|

| DANT'S NAME: | DOB: | PDID: | FBI NUMBER: | CCN: |
|---|---|---|---|---|
| , Larry | 10/23/1981 | | | 23-073-981 |

efendant escorted the target of the arrest warrant out of the apartment while other MPD offi ned inside the apartment with the victim and other occupant. After a period of time, the defen ed inside the apartment. The victim was still seated on the metal chair inside the apartr ng her bra and leggings, across the room from the defendant. The defendant positioned hin the apartment, at the entrance with his back to the door.

efendant and other MPD officers were awaiting the approval of a search warrant for the reside efendant remained inside the apartment with another MPD member along with the victim occupant.

proximately 1221 hours, the defendant produced his departmental cell phone and unlocked it. dant opened the camera feature and zoomed the focus of the camera to its maximum setting. dant discreetly maneuvered the phone to focus on the victim and area surrounding her. dant continued to maneuver the phone before taking a photograph of the victim. The defen ed the photograph and reviewed it. The photograph captured the victim, from the neck down. was still wearing her bra and leggings. The defendant zoomed in on the picture, focusing or 's pubic area. The defendant exited the photo, reopened the photo and then deleted the pho

efendant then left the residence while other MPD members remained at the residence pen earch warrant. The victim remained inside the residence, wearing only wearing a bra and legg approximately 1252 hours, when she asked the MPD officers to leave the location. The victin of jeans over her leggings, and a white long sleeve zip up jacket as a top. The victim then let ence while MPD remained on the scene.

affidavit is being submitted for the limited purpose of supporting probable cause. Your affiant cluded every fact known or conveyed during this investigation. Based on the above listed ircumstances, your affiant submits that there is sufficient evidence to believe that the defen nitted a criminal offense. Therefore, your affiant respectfully requests that an arrest warrar d for Larry Garrett, charging him accordingly.